UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**ORIGINAL**

CASE SUMMARY

Case Number 09 **CR09- 00466**     Defendant Number 23
U.S.A. v. GUILLERMO VASQUEZ-LANDAVER     Date of Birth 1968
☒ Indictment   ☐ Information     Investigative agency (FBI, DEA, etc.) FBI

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

**OFFENSE/VENUE**
a. Offense charged as a:   ☐ Petty Offense
    ☐ Misdemeanor   ☐ Minor Offense   ☒ Felony
b. Date of offense 05/14/2009
c. County in which first offense occurred
    Los Angeles
d. The crimes charged are alleged to have been committed in:
    CHECK ALL THAT APPLY
    ☒ Los Angeles     ☐ Ventura
    ☐ Orange     ☐ Santa Barbara
    ☐ Riverside     ☐ San Luis Obispo
    ☐ San Bernardino     ☐ Other _____
Citation of offense 18 USC 1962(d), 1959(a)(1)
21 USC 846

**RELATED CASE**
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☒ No   ☐ Yes
    IF YES Case Number N/A

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** N/A

**PREVIOUSLY FILED COMPLAINT**
A complaint was previously filed on: _____
    Case Number _____
    Charging _____

The complaint:   ☐ is still pending
    ☐ was dismissed on: _____

**COMPLEX CASE**
Are there 8 or more defendants in the Indictment/Information?
    ☒ Yes*     ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
    ☒ Yes*     ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**
This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: _____

Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge _____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
    ☐ Yes*     ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
    ☐ Yes*     ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
    ☐ Yes     ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required: ☒ Yes   ☐ No
IF YES, list language and/or dialect:
Spanish

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE SUMMARY

**OTHER**
- ☒ Male          ☐ Female
- ☐ U.S. Citizen   ☒ Alien
- Alias Name(s) Jute

This defendant is charged in:   ☐ All counts
☐ Only counts: 1, 4, 5 and 16

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?        ☐ Yes   ☒ No
IF YES, should matter be sealed?  ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud    ☐ public corruption
- ☐ government fraud               ☐ tax offenses
- ☐ environmental issues           ☐ mail/wire fraud
- ☒ Other: RICO and VICAR, narcotics trafficking

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?        ☐ Yes   ☐ No
d. Is a Fugitive           ☐ Yes   ☐ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.      ☐ Yes   ☐ No

Defendant is **in** custody:
a. Place of incarceration:   ☐ State   ☒ Federal
b. Name of Institution: Butner Med II FCI
c. If Federal: U.S. Marshal's Registration Number: 85411-080
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:   ☒ Yes   ☐ No
   IF YES ☐ State   ☒ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes   ☐ No
   IF YES ☐ State   ☐ Federal   AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20  ___ 21  ___ 400

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date  5/13/09

Signature of Assistant U.S. Attorney   *Elizabeth Carpenter*

Elizabeth Carpenter
*Print Name*