# *Memorandum*

## CR09- 00466

FILED



| Subj:<br>UNITED STATES v. JOSE ALFARO, ET AL. | Date:<br>May 13, 2009 2009 MAY 13 PM 2:50 |
|---|---|

To: **SHERRI R. CARTER**
Clerk, United States District Court
Central District of California

From: **ELIZABETH CARPENTER**
Assistant United States Attorney
Criminal Division

The accompanying matter being filed on May 13, 2009,

_____ relates to    __X__ does not relate to

(1) a matter pending in the Criminal Division of the United States Attorney's Office ("USAO") between October 2002 and October 5, 2003, the dates during which Jacqueline Chooljian was Chief of the Criminal Division in the USAO; (2) a matter pending in the Major Frauds Section of the USAO between October 5, 2003 and January 6, 2006, the date on which Jacqueline Chooljian resigned her appointment in the USAO; or (3) a matter in which Jacqueline Chooljian was personally involved or on which she was personally consulted while employed in the USAO.

_____ relates to    __X__ does not relate to

a matter in which Patrick J. Walsh was personally involved or on which he was personally consulted while employed in the USAO.

_____ relates to    __X__ does not relate to

(1) a matter pending in the Major Frauds Section of the USAO before June 30, 2001, the date on which Jennifer T. Lum resigned her appointment in that office; or (2) a matter in which Jennifer T. Lum was personally involved or on which she was personally consulted while employed in the USAO.

_____ relates to    __X__ does not relate to

(1) a matter pending in the Organized Crime Section of the USAO before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) a matter in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the USAO.

_____ relates to    __X__ does not relate to

(1) a matter pending in the Narcotics Section of the USAO before April 20, 1999, the date on which Jeffrey W. Johnson resigned his appointment in that office; or (2) a matter in which Jeffrey W. Johnson was personally involved or on which he was personally consulted while employed in the USAO.

*Elizabeth Carpenter*
ELIZABETH CARPENTER
Assistant United States Attorney